IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:

    Keare Edgar         *     Case #: 23-18099
                                     Chapter 7
                                   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Keare Edgar                       *
    Plaintiff
                                       *

      v.                            *     Adversary No:   24-00047
U.S. Department of Education    *
                                       *
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **Notice of Voluntary Dismissal**

    Now comes the Plaintiff, Keare Edgar, by her attorney, Frank E. Turney and the Law Offices of Frank E. Turney, P.A. and pursuant to Bankruptcy Rule 7041 requests that this matter be dismissed. The Defendant has not filed any answer nor any motion in response to the adversary complaint.

                                       /s/ Frank E. Turney
                                       Frank E. Turney
                                       Law Offices of Frank E. Turney, P.A.
                                       920 Frederick Road
                                       Catonsville, MD 21228
                                       Turneylaw@verizon.net
                                       410-788-8830